**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DAVID R. BOYD JR.,                                    :    No. 667 MAL 2019
                                                      :
                          Petitioner                  :
                                                      :
                                                      :    Petition for Allowance of Appeal
                                                      :    from the Order of the Superior Court
              v.                                      :
                                                      :
                                                      :
ARMSTRONG WORLD INDUSTRIES INC.                       :
& BRENNTAG NORTHEAST, INC.;                           :
BARLEY SNYDER, AND ALAN J. HAY,                       :
M.D.,                                                 :
                                                      :
                          Respondent                  :

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of May, 2020, the Petition for Allowance of Appeal is
**DENIED**.